ACCEPTED
06-15-00001-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/9/2015 9:55:51 AM
DEBBIE AUTREY
CLERK

## CAUSE NO. 10D0452-CCL

| | | |
|---|---|---|
| **IN THE INTEREST OF** | § | **IN THE SIXTH COURT** |
| | § | FILED IN |
| | § | 6th COURT OF APPEALS |
| | § | TEXARKANA, TEXAS |
| **CAMDEN WILLIAM ROBERTSON** | § | **OF APPEALS** 1/9/2015 9:55:51 AM |
| **IAN SCOTT ROBERTSON** § | | DEBBIE AUTREY |
| | § | Clerk |
| **CHILDREN** | § | **BOWIE COUNTY, TEXAS** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes SCOTT ELLIOTT ROBERTSON, Petitioner in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the Order entered in County Court at Law on December 12, 2014, solely for the amount of child support Petitioner was ordered to pay. The amount of child support Petitioner was ordered to pay is the only issue in which Petitioner gives notice of appeal.

Respectfully submitted,

/s/ *Kristian Young*

_____

Kristian Young
TX Bar No. 24027635
210 North Stateline Avenue, Suite 502
Texarkana, Arkansas
Telephone:   903-277-4008
Facsimile  :  870-779-8444

**ATTORNEY ON APPEAL FOR
SCOTT ELLIOTT ROBERTSON**

**Certificate of Service**

I, Kristian Young, Attorney for Appellant/Petitioner, Scott Elliott Robertson, certify that I have served a true and correct copy of the foregoing Notice of Appeal to Mr. David Glass, Attorney for Respondent, on this the 9th day of January, 2015.

/s/ *Kristian Young*
_____
Kristian Young
State Bar No. 24027635
210 North Stateline Avenue
Suite 502
Texarkana, Arkansas 71854
(903)277-4008 Telephone
(870)779-8444 Facsimile